IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00117-WDM-MJW

WALTER SCOTT,

Plaintiff(s),

v.

MEMORIAL HOSPITAL AND
DAVID L. HEADLEY, D.O.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion for Entry of Protective Order (docket no. 25) is GRANTED. The Defendants have failed to file any timely response to this motion and therefore this court deems the motion confessed. The written Protective Order (docket no. 25-2) is APPROVED and is made an Order of Court.

Date: May 28, 2008