IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 08-cv-00117-WDM-MJW

WALTER SCOTT,

    Plaintiff,

v.

MEMORIAL HOSPITAL AND
DAVID L. HEADLEY, D.O.

    Defendants.

---

### NOTICE OF DISMISSAL OF DEFENDANT HEADLEY ONLY

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice as to David L. Headley, D.O. only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on June 4, 2008

                                      BY THE COURT:


                                      s/ Walker D. Miller
                                      United States District Judge